"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 02-359 CAS |
| Plaintiff, | ) ) | ORDER OF DETENTION |
| v. | ) ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| MALCOLM LARAIL ROBERTS, | ) ) | |
| Defendant. | ) | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Alicemarie H. Stotler, Chief United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),     The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense, the defendant's lack of bail resources, lack of a stable residence, the defendant's use of 13 aliases and name variations as well as to birth dates, his use of controlled substances, and his attempt to avoid arrest in connection with the pending proceedings; and

1  B.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the nature of the charged offense and defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: March 20, 2008

　　　　　　　　　　　　　　　　/s/    ARTHUR NAKAZATO
　　　　　　　　　　　　　　　　ARTHUR NAKAZATO
　　　　　　　　　　　　　　　　UNITES STATES MAGISTRATE JUDGE

2