FILED
CLERK, U.S. DISTRICT C...

OCT 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 02-00359-CAS |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| v. | (Fed.R.Crim.P. 32.1(a)(6) |
| MALCOM LARAIL ROBERTS, | 18 U.S.C. § 3143(a) |
| Defendant. | Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

       A.   (✓) the appearance of defendant as required; and/or

       B.   (  ) the safety of any person or the community.

          The Court concludes:

       A.   (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can abide by conditions of release_

1       B.  (✓) Defendant is a flight risk because defendant has
2            not shown by clear and convincing evidence that: _he can abide by conditions of release_

8    IT IS ORDERED defendant be detained.

10    DATED: October 16, 2008

                                            /s/ Carolyn Turchin
11                                      CAROLYN TURCHIN
12                                      U.S. MAGISTRATE/DISTRICT JUDGE

20 [2/05]