O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>     Plaintiff,                 )<br>                                 )<br>v.                               )<br>                                 )<br>MALCOLM LARAIL ROBERTS,          )<br>                                 )<br>     Defendant.                  )<br>_____) | CASE NO. CR02-359-CAS<br><br>JUDGMENT ON REVOCATION,<br>REVOKING AND REINSTATING OF<br>SUPERVISED RELEASE |

On November 3, 2008, this matter came before the Court on petition to show cause why supervised release should not be revoked filed July 24, 2008. The Government, Dorothy Kim, the defendant and his appointed attorney, Charles Brown, Deputy Federal Public Defender, were present. The U.S. Probation Officer, Stefanie Woolverton, is also present. The defendant admits violation of his supervised release as to allegations 1, 2, 4, 5, 6, and 9, as stated in the petition filed July 24, 2008. The Court grants the Government's request to dismiss allegations 3, 7, and 8 in the petition filed July 24, 2008.

THE COURT FINDS defendant's admissions voluntary and knowledgeable and accepts them. The Court further finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of September 9, 2002. The defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of three (3) months. Upon release from imprisonment, defendant's supervised release shall be

reinstated with an additional term of six (6) months under the same terms and conditions previously imposed, with the added conditions, as follows:

1. That the defendant participate in home monitoring for the first six (6) months of supervised release which includes electronic monitoring and shall observe all rules of such program, as directed by the Probation Officer. The costs of electronic monitoring are hereby waived; and

2. The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved and directed by the Probation Officer.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: November 6, 2008

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

SHERRI R. CARTER, CLERK

By: _____/S/_____
Catherine M. Jeang, Deputy Clerk

2