# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MALCOLM LARAIL ROBERTS, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | CASE NO. CR02-359-CAS <br><br> JUDGMENT ON REVOCATION AND TERMINATION OF SUPERVISED RELEASE |

On March 9, 2009, March 23, 2009 and June 15, 2009, this matter came before the Court on petitions to show cause why supervised release should not be revoked filed March 9, 2009 and March 18, 2009. The Government, Steve Goorvitch, the defendant and his appointed attorney, Hayne Yoon, Deputy Federal Public Defender, were present. The U.S. Probation Officer, Helene Hickman, is also present. The defendant admitted violation of his supervised release as to the allegations in the petitions filed March 9, 2009 and March 23, 2009.

THE COURT FINDS defendant's admissions voluntary and knowledgeable and accepts them. The Court further finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of September 18, 2002, April 14, 2008 and November 3, 2008.

Counsel and the Probation Officer inform the Court that defendant is in compliance with the terms and conditions of his supervised release. The Court adopts the Probation Officer and counsels' recommendation to terminate defendant's supervision. Therefore,

IT IS HEREBY ORDERED THAT defendant's supervised release is hereby TERMINATED FORTHWITH.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: June 18, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE


TERRY NAFISI, CLERK


By: _____/S/_____
Catherine M. Jeang, Deputy Clerk

2